# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145909

KARILYN LIPNEVICIUS,
        Plaintiff-Appellee,

and

JASON BRISTOL,
        Intervening Plaintiff-Appellee,

v

        SC: 145909
        COA: 304520
        Genesee CC Family Division:
        06-270914-DM

GEOFFREY MICHAEL LIPNEVICIUS,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

_____
Clerk

s1205